I concur with the result ultimately reached by the majority in its opinion. However, the leading cases on this issue in the 21 years since the authorities cited by the majority are:Ex parte Cantu, 660 So.2d 1026 (Ala. 1994); Hinton v. State,668 So.2d 49 (Ala. 1994); Parish v. State, 660 So.2d 231 (Ala. 1994); Bennett v. State, 649 So.2d 214 (Ala. 1994); Ex parteRivers, 597 So.2d 1308 (Ala. 1991); Anderson v. State,668 So.2d 159 (Ala.Cr.App. 1995); Broaden v. State, 645 So.2d 368
(Ala.Cr.App. 1994); Henry v. State, 639 So.2d 583 (Ala.Cr.App. 1994); Brown v. State, 611 So.2d 1194 (Ala.Cr.App. 1992);Sampson v. State, 605 So.2d 846 (Ala.Cr.App. 1992).
These cases stand for the same proposition and lead to the same ultimate result as those 1973 and 1975 cases cited by the majority; therefore, I concur. *Page 214